IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO ALBERTO GARCIA, | § | |
| TDCJ-CID NO.1266741, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-448 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Director of the Texas Department of Criminal | § | |
| Justice- Correctional Institutions Division, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on this 14th day of June, 2007.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE